IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KURBY G. DECKER, TDCJ #00594703, | § § § | |
| Plaintiff, VS. | § § § | CIVIL ACTION NO. 3:16-CV-195 |
| LT. CURTIS D. SWEED, *et al*, | § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

Plaintiff, Kurby G. Decker (TDCJ #00594703), is an inmate in the custody of the Texas Department of Criminal Justice - Correctional Institutions Division ("TDCJ"). He filed a civil rights complaint in the Austin Division of the Western District of Texas. That complaint was severed into several cases, one of which was transferred here (Dkt. 40).

Decker is a three-strike filer, meaning that he has, while incarcerated, filed at least three lawsuits that were dismissed for being frivolous, for being malicious, or for failing to state a claim upon which relief may be granted.[1] *See* 28 U.S.C. § 1915(g). As a result, Decker may not bring this action *in forma pauperis* ("IFP") unless he was under imminent danger of serious physical injury at the time he filed his complaint. *Banos v. O'Guin*, 144 F.3d 883, 885 (5th Cir. 1998). The Texas Attorney General has served

---

[1] Decker actually has four strikes: Northern District of Texas Case Numbers 7:92-CV-83, 7:92-CV-132, and 7:01-CV-63 and Western District of Texas Case Number 1:02-CV-615.

1

notice on Decker that he has three strikes (Dkt. 44 at p. 7), but Decker has neither responded nor paid the $400.00 filing fee.

The Court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE** as barred by 28 U.S.C. § 1915(g). The case will be reopened if Decker pays the filing fee in full within thirty days of the date of this order.

The Clerk of this Court shall send a copy of this Order to the parties.

SIGNED at Galveston, Texas, on November 14, 2017.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE